**John Eric MAGBIE, Plaintiff—Appellant,**

v.

**Gene JOHNSON; Mr. Huffman; Warden Bassett; R.B. Phillips; Mr. Lockhart; Captain Kelley; Major K. Pickerel; Lieutenant Shrewer; Lieutenant Combs; Mr. Hammond; W. Barbetto; Ms. Barbetto; Olsin, Food Service Manager; Mr. Smith; Correctional Officer Ross; Sergeant Cox; Dr. Watson; John Doe, Correction Officer; Mr. Hatfield; S. Fuller; Correctional Officer Bostic, Defendants—Appellees.**

No. 04–7635.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2005.

Decided Feb. 15, 2005.

John Eric Magbie, Appellant pro se.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

John Eric Magbie appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Magbie v. Johnson*, No. CA–04–504–7 (W.D.Va. Aug. 31, 2004). We deny Magbie's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*